IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TIMOTHY NORWOOD,**

    Plaintiff,

v.                                                  Civil Action No. **3:23CV147 (RCY)**

**SUSAN SMITH,** *et al.***,**

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on March 22, 2023, the Court conditionally docketed Plaintiff's action. At that time, the Court informed Plaintiff that he must keep the Court informed of his address if he were to be transferred or if he otherwise relocates. On May 18, 2023, the United States Postal Service returned an April 28, 2023 Memorandum Order to the Court marked "RETURN TO SENDER," and "NOT HERE." (ECF No. 7, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                 /s/
                                                      Roderick C. Young
Date: May 26, 2023                       United States District Judge
Richmond, Virginia